UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LOVEJOY ET AL, | No. C-13-01638 DMR |
| Plaintiffs, | **ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| v. | |
| BANK OF AMERICA, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Case Management Conference previously scheduled for July 10, 2013 has been rescheduled to **June 27, 2013 at 11:00 a.m.,** to be held concurrently with the hearing on Defendant's Motion to Dismiss, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.

IT IS SO ORDERED.

Dated: June 24, 2013

DONNA M. RYU
United States Magistrate Judge