**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC LOVEJOY ET AL,                                    No. C-13-01638 DMR

            Plaintiff(s),                        **ORDER OF DISMISSAL**

      v.

BANK OF AMERICA,

            Defendant(s).

_____/

      The court having been advised that the parties have agreed to a settlement of this case,

      IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice;

provided, however, that if any party hereto shall certify to this court, within **60 days**, with proof of

service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has

not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be

restored to the calendar to be set for trial.  All further dates are vacated.

      IT IS SO ORDERED.

Dated:  October 2, 2013

_____
DONNA M. RYU
United States Magistrate Judge